United States District Court
Southern District of Texas
**ENTERED**
November 05, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CIPRIANO VARGAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:21-CV-00205 |
| v. | § | |
| | § | |
| JANE DOE 1, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Before the Court is Magistrate Judge Jason Libby's Memorandum and Recommendation ("M&R"), entered on October 20, 2021. (D.E. 10). The M&R recommends that Plaintiff's § 1983 claims against Defendants be dismissed with prejudice for failure to state a claim and as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1). (D.E. 10). The M&R further recommends that the dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g). (D.E. 10). Plaintiff timely filed objections to the M&R on November 1, 2021. (D.E. 11).

First, Plaintiff objects to the Magistrate Judge's handling of aspects of this case. (D.E. 11). The Magistrate Judge is permitted to resolve all pre-trial, non-dispositive matters without the parties' consent under 28 U.S.C. § 636. Accordingly, this objection is **OVERRULED**.

Next, Plaintiff objects to the M&R's conclusion that his claim is frivolous, and that it should be counted as a "strike" under 28 U.S.C. § 636, by re-arguing the merits of his § 1983 claim. For the same reasons laid out in the M&R, these objections are

**OVERRULED**.

Thus, after having carefully reviewed the proposed findings and conclusions of the M&R, the record, the applicable law, and having made a de novo review of the portions of the M&R to which Plaintiff's objections were directed, the Court **OVERRULES** Plaintiff's objections. (D.E. 11). Accordingly, the Court:

(1) **ADOPTS** the M&R in its entirety. (D.E. 10).

(2) Plaintiff's complaint (D.E. 1) is **DISMISSED with prejudice** for failure to state a claim for relief pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

(3) This dismissal is counted as a strike for purposes of 28 U.S.C. § 1915(g), and the Clerk of Court is **INSTRUCTED** to send notice of this dismissal to the Manager of the Three Strikes List for the Southern District of Texas at Three_Strikes@txs.uscourts.gov.

A final judgment will be entered separately.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
November 4th, 2021